**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Eric John Christensen,** | **Civil No. 08-1079 (JNE/SRN)** |
| **Plaintiff,** | |
| **v.** | **O R D E R** |
| **Wal-Mart Stores, Incorporated,** | |
| **Defendant.** | |

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated: August 4, 2008

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge